UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 10-9-DLB-EBA

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                                     **ORDER**

DAVID M. GILLIAM                                                    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 80) wherein he recommends that the Court deny Defendant David M. Gilliam's Motion for Production of Inventory Seized and Return of Seized Property. (Doc. # 76).

      In making this recommendation, the Magistrate concluded that the search for which Defendant requests an inventory is outside the scope of Federal Rule of Criminal Procedure 41(f) because there is no evidence the search was anything but a state endeavor. The Magistrate also concluded that there is no evidence that any of the items seized are not subject to the forfeiture allegation to which Defendant pled guilty.

      The Court notes that the R&R is now ripe for consideration as no objections have been filed and the time to do so has expired. Having reviewed the R&R, the Court concludes that the R&R is sound in all respects, including the recommended adjudication of Defendant's motion, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 80) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant's Motion for Production of Inventory Seized and Return of Seized Property (Doc. # 76) is hereby **DENIED**;

This 22nd day of March, 2013.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-9 Order Adopting R&R.wpd